United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Catherine A. Balch  
Catherine A. Balch  
    Debtors

Case No. 18-17432-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Apr 10, 2019  
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.  
db          +Catherine A. Balch,   MAILING ADDRESS,   PO Box 552,   Richlandtown, PA 18955-0552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:

        JON M. ADELSTEIN    on behalf of Debtor Catherine A. Balch jadelstein@adelsteinkaliner.com,
         jsbamford@adelsteinkaliner.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION
         bkgroup@kmllawgroup.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                          TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | CATHERINE A. BALCH, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  18-17432 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **April 9, 2019,** it is hereby **ORDERED** that:

1. **On or before April 16, 2019**, the Debtor shall file (and serve in accordance with the rules of court) any proofs of claim, objections to proofs of claim, motions or adversary complaints and amended chapter plans necessary to the confirmation of the Debtor's chapter 13 plan.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: <u>April 9, 2019</u>

                                          **ERIC L. FRANK**
                                          **U.S. BANKRUPTCY JUDGE**