# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE:  CATHERINE A. BALCH** | : | **CHAPTER 13** |
|  | : |  |
|  | : | **CASE NO  18-17432** |
| **DEBTOR** | : |  |

## CERTIFICATE OF SERVICE

Jon M. Adelstein, Esquire, hereby certifies that he did serve the 1st Amended

Chapter 13 Plan upon the secured creditor, PNC Bank, on April 25, 2019 by First Class

Mail, postage prepaid.

/s/Jon M. Adelstein
Jon M. Adelstein, Esq.
**Adelstein & Kaliner, LLC**
350 S. Main Street – Suite 105
Doylestown, PA 18901
(215) 230-4250