**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  CATHERINE A. BALCH

                                 :       **CHAPTER 13**

     **DEBTOR**               :      **BANKRUPTCY NO. 18-17432**

## CERTIFICATE OF SERVICE

Jon M. Adelstein, Esquire, attorney for Debtor, hereby certifies that on this 16th day of May, 2019, that I served a copy of the Second Amended Plan upon PNC Bank , P.O. Box 747066, Pittsburgh, PA 15274-7066 Attention: Legal Dept. by First Class United States Mail, postage pre-paid or by electronic service.

.

                           By:     /s/Jon M. Adelstein
                                     Jon M. Adelstein, Esquire
                                     **ADELSTEIN & KALINER, LLC**
                                     350 S. Main Street - Suite 105
                                     Doylestown, PA 18901
                                     (215) 230-4250