## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Catherine A. Balch

: BK NO. 18-17432

**DEBTOR** : CHAPTER 13

### CERTIFICATE OF NO RESPONSE

I hereby certify that as of July 22, 2019, I have received no response to the Application of Adelstein & Kaliner, LLC for Allowance of Compensation and Reimbursement of Expenses within the time limits set forth in the Notice.

BY: /s/ Jon M. Adelstein, Esq.
ADELSTEIN& KALINER, LLC
350 S. Main Street Suite 105
Doylestown, PA 18901
(215) 230-4250