UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Catherine A. Balch

: BK NO. 18-17432

**DEBTOR** : **CHAPTER 13**

**ORDER GRANTING COMPENSATION AND REIMBURSEMENT**

**AND NOW**, this __23rd__ day of __July__, 2019 upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

**ORDERED**, that Adelstein & Kaliner, LLC is permitted to receive the sum of $4,310.00 as reasonable compensation for services rendered and reimbursement of out-of-pocket expenses incurred in this case, less $ 1810.00 previously paid, for a total of $ 2500.00 to be ~~paid through the plan.~~ to the extent provided for in the confirmed plan.

_____
Eric L. Frank, Bankruptcy Judge