United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17432-elf
Catherine A. Balch                                                    Chapter 13
Catherine A. Balch
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR           Page 1 of 1         Date Rcvd: Jul 23, 2019
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
db              +Catherine A. Balch,    MAILING ADDRESS,    PO Box 552,    Richlandtown, PA 18955-0552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
       JON M. ADELSTEIN     on behalf of Debtor Catherine A. Balch jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
       REBECCA ANN SOLARZ     on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                       TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Catherine A. Balch**                    :     **BK NO. 18-17432**

       **DEBTOR**                              :     **CHAPTER 13**

### ORDER GRANTING COMPENSATION AND REIMBURSEMENT

**AND NOW**, this __23rd__ day of __July__, 2019 upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

**ORDERED**, that Adelstein & Kaliner, LLC is permitted to receive the sum of $4,310.00 as reasonable compensation for services rendered and reimbursement of out-of-pocket expenses incurred in this case, less $1810.00 previously paid, for a total of $2500.00 to be ~~paid through the plan.~~ to the extent provided for in the confirmed plan.

                                               _____
                                               Eric L. Frank, Bankruptcy Judge