United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17432-elf
Catherine A. Balch                                                        Chapter 13
Catherine A. Balch
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR               Page 1 of 2          Date Rcvd: Apr 01, 2020
                              Form ID: pdf900            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
```
db/db         #+Catherine A. Balch,    Catherine A. Balch,    149 Main Street,    Richlandtown, PA 18955-1050
14256024       +BCWSA,    1275 Almshouse Road,    Warrington, PA 18976-1209
14227393        BriovaRx,    PO Box 851380,    Minneapolis, MN 55485-1380
14227394       +Bucks County Water & Sewer Authority,    PO Box 3895,    Lancaster, PA 17604-3895
14227395        CENTRAL CREDIT SERVICES, INC.,    PO BOX 15118,    Jacksonville, FL 32239-5118
14227396        Ciox Health,    PO Box 409900,    Atlanta, GA 30384-9900
14227399        EOS CCA,    P. O. Box 981002,    Boston, MA 02298-1002
14227400       +FINANCIAL RECOVERIES,    COLLECTION FOR DOYLESTOWN HOSPITAL, CHOP,    PO BOX 1388,
                 Mount Laurel, NJ 08054-7388
14227401        Fox Chase Cancer Center,    P. O. Box 827200,    Philadelphia, PA 19182-7200
14227402        Grand View Emergency Professionals,    P_O Box 826906,    Philadelphia, PA 19182-6906
14227403        IOD Incorporated,    PO Box 19072,    Green Bay, WI 54307-9072
14227404        Jefferson Health,    P. O. Box 785992,    Philadelphia, PA 19178-5992
14227405        Jefferson University Physicians,    Central Business Office,    P. O. Box 40089,
                 Philadelphia, PA 19106-0089
14227406        Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
14227407        MRO,    PO Box 6410,    Southeastern, PA 19398-6410
14227408        PNC BANK,    PO BOX 747066,    Pittsburgh, PA 15274-7066
14285797       +PNC Bank National Assoc.,    Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14227409       +ProCo,    PO Box 2462,    Aston, PA 19014-0462
14227410       +Progressive Physician Associates,    801 Ostrum St.,    Bethlehem, PA 18015-1000
14227411       +Quakertown Veterinary Clinic, PC,    2250 N. Old Bethlehem Pike,    Quakertown, PA 18951-3948
14227412        Red Bank Veterinary Hospital,    197 Horace Avenue,    Tinton Falls, NJ 07724
14227413       +Ronald S. Kaiser, PH.D.,    900 Walnut St.,    Ste 200,    Philadelphia, PA 19107-5191
14227414        St. Luke's Hospital Quakertown Campus,    PO Box 8500,    Philadelphia, PA 19178-9072
14227415        St. Luke's Physician Group,    Box #4096,    PO Box 8500,    Philadelphia, PA 19178-4096
14227416        Thomas Jefferson University Hospitals,    P. O. Box 8500-3100,    Philadelphia, PA 19178-3100
14227417       +Tucker Arensberg Attorneys,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
14227419       +US Asset Management,    503 Martindale St.,    7 th Floor,    Pittsburgh, PA 15212-5741
14227418       +United Telemanagement Corp.,    P.O. Box 14565,    Cincinnati, OH 45250-0565
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 02 2020 04:42:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 02 2020 04:42:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 02 2020 04:42:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14227392        E-mail/Text: ebn@americollect.com Apr 02 2020 04:42:10     Americollect,    P. O. Box 1566,
                 Manitowoc, WI 54221
14256983        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:49:57
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14227398        E-mail/Text: customercareus@creditcorpsolutionsinc.com Apr 02 2020 04:41:11
                 Credit Corp. Solutions, Inc.,    180 Election Road,    Suite 200,    Draper, UT 84020
14227397       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 02 2020 04:42:37
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14228209       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:37     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 8
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Apr 01, 2020
                              Form ID: pdf900           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

```
          JON M. ADELSTEIN    on behalf of Debtor Catherine A. Balch jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CATHERINE A BALCH | Chapter 13 |
| Debtor | Bankruptcy No. 18-17432-ELF |

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: April 1, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-

Debtor:
CATHERINE A BALCH

PO BOX 552

RICHLANDTOWN, PA 18955